JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CASE NO. CV 12-8310 GW (PJWx)<br><br>**ORDER**<br><br>Hon. George H. Wu |

Pursuant to the Stipulation for Compromise Settlement and Release between Plaintiff, State Farm Mutual Automobile Insurance Company, State Farm's insured, Samantha Carroll, and Defendant, United States of America, by and through their respective counsel, and for good cause shown, IT IS HEREBY ORDERED THAT:

　　1.　　Plaintiff's action is dismissed with prejudice in its entirety and all dates are vacated;

　　2.　　Costs of suit and attorney's fees shall be borne by each party; and

　　3.　　The Court retains jurisdiction pending completion of the terms of the Stipulation for Compromise Settlement and Release.

DATED: July 19, 2013

　　　　　　　　　　　　　　　　　　_/s/ George H. Wu_
　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　United States District Judge